### SUSAN CHARBONNEAU *v.* DAVID CHARBONNEAU, SR.

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 311 (AC 17885), is denied.

*Claudia S. Weiss*, in support of the petition.

Decided February 10, 1999